**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMY DAVIS, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01350 (RCL) |
| ] | |
| ELI LILLY AND COMPANY, et al., ] | |
| ] | |
| Defendants. ] | |

**PRAECIPE OF DISMISSAL**
**OF DEFENDANT ORTHO-MCNEIL PHARMACEUTICALS ONLY**

COMES NOW Plaintiffs, through counsel, and direct the clerk to dismiss with prejudice all claims against Defendant Ortho-McNeil Pharmaceuticals in the above-captioned action.

All claims against other defendants remain open.

Respectfully submitted,

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
(202) 833-8040

Counsel for Plaintiffs