IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY DAVIS, et al., ] | |
| ] | |
|     Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01350 (RCL) |
| ] | Next Event: |
| ELI LILLY AND COMPANY, et al., ] | |
| ] | |
|     Defendant. ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Benjamin J. Cooper of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, AMY DAVIS and PHIL DAVIS, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Benjamin J. Cooper
BENJAMIN J. COOPER, #502149
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046