UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY DAVIS and<br>PHIL DAVIS<br><br>Plaintiffs<br><br>v.<br><br>ELI LILLY & CO., et. al.<br><br>Defendants | *<br>*<br>*   Case No. 08 CV 01350(RCL)<br>*<br>*<br>* |

* * * * * * * * * * *

**Local Rule 7.1 Disclosure Statement**

The undersigned, counsel for Defendant, SmithKline Beecham Corporation, d/b/aGlaxoSmithKline, furnishes the following in compliance with Rule 7.1

GlaxoSmithKline, plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline.  No publicly held company owns ten percent of the stock of GlaxoSmithKline plc.

These representations are made in order that the judges of this Court may determine the need for recusal.

     /s/Janet K. Coleman
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2008, I caused GlaxoSmithKline's Rule 7.1 Statement to be filed electronically using the CM/ECF system, and also served the same by United States mail, first class, postage prepaid on the following:

| | |
|---|---|
| Aaron M. Levine, Esquire<br>Aaron M. Levin & Associates<br>1320 19th Street, N.W., Suite 500<br>Washington, D.C. 20036<br>**Attorneys for Plaintiff** | Jennifer Gardner Levy, Esquire<br>Kirkland & Ellis<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005<br>**Attorney for Abbott Laboratories** |
| William David Sanders, Esquire<br>McGivney & Kluger, P.C.<br>23 Vreeland Avenue, Suite 220<br>Florham, Park, New Jersey 07932<br>**Attorneys for Sanofi Aventis** | Sidney G. Leech, Esquire<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 29th Floor<br>Baltimore, Maryland 21202<br>**Attorneys for Bristol Myers Squibb Company** |
| Craig C. Reilly, Esquire<br>111 Oronoco Street<br>Alexandria, Virginia 22314<br>**Attorneys for Dart Industries, Inc.** | John Isbister, Esquire<br>Jaime Luse, Esquire<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street, Suite 2600<br>Baltimore, Maryland 21202<br>**Attorneys for Elan Pharmaceuticals** |
| Elizabeth Ewert, Esquire<br>Drinker Biddle & Reath, LLP<br>1500 K Street NW, Suite 1100<br>Washington, D.C. 20005<br>**Attorneys for Merck & Company, Pharmacia and Upjohn Company** | Robert M. Kelly, Esquire<br>Jackson & Campbell, P,C.<br>1120 20th Street, N.W., Suite 300-South<br>Washington, D.C. 20036<br>**Attorneys for Defendant Kremers-Urban, Company** |

| | |
|---|---|
| Sean C.E. McDonough, Esquire<br>David D. Hudgins, Esquire<br>Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, Virginia 22314<br>**Attorneys for Person & Covey, Inc,** | Eric Goldberg, Esquire<br>Goodwin & Proctor, LLP<br>901 New York Avenue, N.W., Suite 900<br>Washington, DC 20001<br>**Attorneys for Premo Pharmaceutical Laboratories, Inc.** |
| Michelle Mangrum, Esquire<br>Shook, Hardy & Bacon LLP<br>600 Fourteenth Street, N.W.<br>Suite 800<br>Washington, DC 20005-2004<br>**Attorneys for Eli Lilly** | |

        /s/  Janet K. Coleman
**ATTORNEYS FOR DEFENDANT**
**GLAXOSMITHKLINE**



    /s/
JANET K. COLEMAN