IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMY and PHIL DAVIS,

        Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

        Defendants.

Civil Action No. 08-cv-1350 (RCL)

## RULE 7.1 DISCLOSURE STATEMENT

    I, the undersigned, counsel of record for defendant Premo Pharmaceutical Laboratories, Inc. ("Premo"), certify that to the best of my knowledge and belief, Premo has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

    These representations are made in order that judges of this Court may determine the need for Recusal.

Dated:  Washington, D.C.
         August 27, 2008

                      Respectfully submitted,

                      By:  /s/ Eric I. Goldberg
                      Eric I. Goldberg (D.C. Bar #494052)
                      GOODWIN PROCTER LLP
                      901 New York Avenue, N.W.
                      Washington, D.C. 20001
                      Telephone:  (202) 346-4000
                      Facsimile:  (202) 346-4444
                      egoldberg@goodwinprocter.com

-2-

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:

Christopher Garvey
Jordan D. Weiss
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone (212) 813-8800
Facsimile (212) 355-3333
cgarvey@goodwinprocter.com
jweiss@goodwinprocter.com

-3-

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of August, 2008, a copy of the above and foregoing **Defendant Premo Pharmaceutical Laboratories, Inc.'s Rule 7.1 Disclosure Statement** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.


Dated: August 27, 2008
       Washington, D.C.

                                      /s/ Eric I. Goldberg_____
                                      Eric I. Goldberg