# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY DAVIS and PHIL DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:08-cv-01350 |
| ) | Judge: Royce C. Lamberth |
| ELI LILLY AND CO., AVENTIS ) | |
| PHARMACEUTICLAS, INC., BRISTOL- ) | |
| MYERS SQUIBB CO., DART ) | |
| INDUSTRIES, ELAN ) | |
| PHARMACEUTICALS, INC., ) | |
| GLAXOSMITHKLINE, KREMERS- ) | |
| URBAN COMPANY, MALLINCKRODT, ) | |
| INC., MERCK & CO., INC., ORTHO- ) | |
| MCNEIL PHARMACEUTICALS, ) | |
| PERSON & COVEY, INC., PREMO ) | |
| PHARMACEUTICAL LABORATORIES, ) | |
| INC., PHARMACIA AND UPJOHN CO., ) | |
| and ABBOTT LABORATORIES, ) | |
| 100 Abbott Park Road, Abbott Park, ) | |
| Illinois 60064-3500, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEARANCE**

To the Clerk of Court: Please enter an appearance for the undersigned attorney on behalf of Defendant Abbott Laboratories in this above-captioned matter.

Dated:  August 26, 2008                                  Respectfully submitted,


                                                         // Jennifer G. Levy//_____
                                                         Jennifer Gardner Levy (D.C. Bar No. 461921)
                                                         KIRKLAND & ELLIS LLP
                                                         655 Fifteenth Street, N.W.
                                                         Suite 1200
                                                         Washington, D.C.  20005
                                                         Tel.: (202) 879-5000
                                                         Fax: (202) 879-5200

                                                         Attorney for Abbott Laboratories


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served this 26th day of August, 2008 via this Court's Electronic Filing Service.

                                                         // Jennifer G. Levy//_____
                                                         Attorney for Abbott Laboratories