**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMY DAVIS and
PHIL DAVIS,     *

                *

    Plaintiffs,
                *

v.               Civil Action No. 08-CV-01350 (RCL)
                *

Eli Lilly and Company, et al.,
                *

    Defendants.
                *

*   *   *   *   *   *   *   *   *   *   *   *

**LCvR 7.1 CERTIFICATE**

I, the undersigned counsel of record for Mallinckrodt, Inc., provide this disclosure, in which I certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

    Covidien, Ltd.

These representations are made in order that the judges of this court may determine the need for recusal.

    Respectfully submitted,

    _/s/_ Janet K. Coleman
    Janet K. Coleman, (497902)
    WHITNEY & BOGRIS, LLP
    401 Washington Avenue
    Twelfth Floor
    Towson, Maryland 21204
    (410) 583-8000

    **Attorneys for MALLINCKRODT, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2008, I caused a copy of Mallinckrodt's Rule 7.1 Corporate Disclosure to be e-filed with ECF, the Court's electronic filing system and which served the same on all counsel of record.

/s/ Janet K. Coleman
Janet K. Coleman