# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

AMY DAVIS, et al.,                              )
                                                )
        **Plaintiffs,**          )
                                                )
    **vs.**                              )   **CIVIL ACTION No. 08-CV-01350**
                                                )
ELI LILLY AND COMPANY, et al.,                  )
                                                )
       **Defendants**           )
_____   )

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
600 14TH Street, N.W., Suite 800
Washington, D.C.  20005-2004
(202) 783-8400  Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

150925v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 2nd day of September, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**

Janet K. Coleman
Whitney & Bogris LLP
401 Washington Avenue, 12 Floor
Towson, MD  21204
**Attorneys for GlaxoSmithKline and
Mallinckrodt, Inc.**

Elizabeth Ewert
Drinker Biddle LLP
1500 K Street, N.W.
Washington, D.C.  20005
**Attorneys for Pharmacia and UpJohn
Company**

Eric I. Goldberg
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
**Attorneys for Premo Pharmaceutical
Laboratories, Inc.**

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD  21202
**Attorneys for Bristol-Myers Squibb
Company**

Jennifer Gardner Levy
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C.  20005-5793
**Attorneys for The Abbott Laboratories, Inc.**

Jamie Walker Luse
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD  21202
**Attorneys for Elan Pharmaceuticals, Inc.**

/s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

150925v1