# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

YVONNE DAVIS-ROBINSON   \*

  **Plaintiff**     \*

  **v.**       \*

**FIRST BANK OF ROANOKE, et al.** \*  **Civil Action No. 08-CV-01141-CCB**

  **Defendants**    \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[   ] I certify, as party/counsel in this case that

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.)

[  X  ] The following corporate affiliations exist with First Bank:

  Peoples Independent Bancshares, Inc.

[  X  ] The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

  Peoples Independent Bancshares, Inc.
  Chubb & Son, a division of Federal Insurance Company

Dated: September 4, 2008

/S/ William S. Heyman
William S. Heyman, Federal Bar No. 23036
Jaime W. Luse, Federal Bar No. 27394
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
(410) 752-9700 - telephone
(410) 727-5460 – facsimile
wheyman@tydingslaw.com
*Attorneys for First Bank and Jared Kirby, Defendants*