UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY DAVIS, et vir. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:08 cv 01350 (RCL) |
| ) | |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jaime W. Luse and Tydings & Rosenberg LLP as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named attorney is admitted to practice in this Court.

Dated: September 5, 2008

Respectfully submitted,

*/s/ Jaime W. Luse*
Jaime W. Luse, D.C. Bar No. 501944
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700 - telephone
(410) 727-5460 - facsimile
jluse@tydingslaw.com

***Attorneys for Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.***

#916734v.1