UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY DAVIS, et vir. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:08 cv 01350 (RCL) |
| ) | |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT ELAN PHARMACEUTICAL INC.'S RULE 7.1 DISCLOSURE**

I, the undersigned, counsel of record for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc. ("Elan") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Elan which have any outstanding securities in the hands of the public:

    Elan Pharmaceuticals, Inc.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

    */s/ Jaime W. Luse*
    Jaime W. Luse, D.C. Bar No. 501944
    Tydings & Rosenberg LLP
    100 East Pratt Street, 26th Floor
    Baltimore, Maryland 21202
    (410) 752-9700 - telephone
    (410) 727-5460 - facsimile
    jluse@tydingslaw.com

*Attorneys for Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.*

#916733v.1